**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
YUE WAH CHAO, et al.,

Plaintiffs,

-against-

979 SECOND AVENUE LLC,

Defendant.
---------------------------------------------------------------X

**26-CV-06969 (PAE) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On August 14, 2026, pro se Plaintiff filed a notice of appeal of a Chapter 11 action in the Bankruptcy Court of the Southern District of New York. See ECF No. 1. Plaintiff filed a statement of issues on August 18, 2026. ECF No. 4. Plaintiff is advised that there is a clinic to assist pro se plaintiffs with filings. If Plaintiff would like to contact the clinic and file a revised brief, Plaintiff may file the revised brief by **September 30, 2026**, or request an extension of time to do so. If Plaintiff does not file another brief or request an extension of time by this date, Defendant is directed to file its response by **October 2, 2026**. Plaintiff's reply, if any, is due **October 30, 2026**.

Plaintiff is advised to make an appointment with the Pro Se Law Clinic for assistance with the briefing. The Clinic is available to assist self-represented parties in civil cases. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). An information packet about the City Bar Justice Center is attached to this order. To make an appointment, Plaintiff must complete the City Bar Justice Center's intake form. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).

In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10 a.m. to 4 p.m. Appointments are also available remotely Monday through Friday, 10 a.m. to 4 p.m.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

**SO ORDERED.**

DATED: New York, New York
August 20, 2026

VALERIE FIGUEREDO
United States Magistrate Judge